# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARREN L. JARVIS

NO. 2019 KW 1620

**MAY 1 2 2020**

---

In Re: Darren L. Jarvis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 265,848.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the habitual offender bill of information, all pertinent minute entries and/or transcripts, the commitment order, and any other documentation necessary to review his claims raised in the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 24, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT